# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILYN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 09-CV-957-WDS |
| ) | |
| CITY OF CARBONDALE, an Illinois ) | |
| municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is a motion to dismiss Count III of Plaintiff's First Amended Complaint (Doc. 25) to which the plaintiff has not filed a response. The defendant seeks dismissal of this count on the grounds that Count III alleges disparate impact discrimination under Title VII. Plaintiff has alleged, in Count III that the City has a practice of discriminating against African-American employees by intentionally keeping them in jobs with lower-level classifications. The defendant asserts that plaintiff's claim for disparate impact is, therefore, based on allegations of disparate treatment.

Disparate treatment claims require a showing of intent – "the plaintiff must demonstrate deliberate discrimination within the limitations period." *Lewis v. City of Chicago, Ill.,* 130 S. Ct. 2191, 2194 (2010). To establish a disparate impact claim, which Count III seeks to allege, plaintiff must make a showing "that the employer 'uses a particular employment practice that causes a disparate impact' on one of the prohibited bases." *Id.* at 2197-98 (*citing Ricci v. DeStefano,* 129 St. Ct. 2658, 2672-73 (2009)). Because plaintiff's claim in Count III is based upon her claim that was

actively discriminatory, keeping a particular class of individuals (African-Americans) in lower-level classifications with lower level salaries is an act of intentional discrimination, which would be a disparate treatment claim. Count I of the First Amended Complaint alleges disparate treatment based on intentional decisions, and therefore, Count III, is, as currently framed, the same as the claim in Count I.

Accordingly, the Court **GRANTS** defendant's motion to dismiss Count III of the First Amended Complaint, and it is **DISMISSED.** Plaintiff may seek leave to file a Second Amended Complaint, including a properly pleaded disparate impact claim within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED.**

**DATE:   3 August, 2011**

                              **/s/  WILLIAM D. STIEHL**
                                **DISTRICT JUDGE**